## WALDRON ag$^t$ BASSETT

Jsaac Waldron plaint. ag$^t$ William Bassett Defend$^t$ in an action of the case for detaining & keeping from him two Oxen without any legall right or title to them w$^{ch}$ was taken off from his Farme called Bennets Farme somtime in October. or Novemb$^r$ last whereby the s$^d$ Waldron is damnified Seven pounds in Silver and all other due damages according to attachm$^t$ dat$^d$ January. 6th 1676. . . . The Jury . . . found for the plaintife the two Oxen Sued for or in defect thereof Seven pounds in mony and costs of Court. The Def$^t$ appealed from this judgem$^t$ unto the next Court of Assistants and himselfe principall in Fourteen pounds & Jn$^o$ Bateman & Jn$^o$ Flood as Sureties in £.7. apeice bound themselves respectiuly . . . on condition the s$^d$ W$^m$ Basset should prosecute his appeale . . . [ 417 ]

[ See the last case above. Bassett's Reasons of Appeal (S. F. 1569.12) add little to what has been said in Waldron v. Marshall; but one extract from them is interesting in connection with Marshall v. Waldron, later in this session:

. . . S$^d$ Catle w[ere] form$^r$ly Seized by the Constbl of Lyn. And y$^e$ Appel$^t$ bound to se the sd. Catle forth Comming at the Commd of Autho$^r$ities: as appears by s$^d$ Consb$^l$ Coldams Certificate: dat decemb$^r$ 8th: which was done by vertue of a speciall warrant which was obtained by sd. waldren from the Honord Gou$^r$n$^r$ as if they had been taken off sd farme without his Knowledg or Consent in a felonius way. And y$^e$ Hono$^r$d Gou$^r$n$^r$ did in open Court declare that by sd waldrens Jnformacion to him he vnd$^r$stood s$^d$ Catle to be taken feloniously: And y$^e$ Appel$^{ts}$ person was App$^r$hended & Carried before Autho$^r$itie as a Fellon to my Great

discredit & dammag and vppon the hearing of y$^e$ case y$^e$ sd waldrn was bound to prosecute [agt] me at y$^e$ last Countie Court at Boston in a Crimall case & J was bound to Answ$^r$. But s$^d$ waldren did not prosecute According to s$^d$ bound.

Waldron's Answer (S. F. 1569.11) is similar to that in the previous case. He was sustained by the Court of Assistants (Records, i. 78).]